UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA, on behalf of himself and all others similarly situated,

                      Plaintiffs,

v.

KIDROBOT, LLC,

                      Defendant.

**ORDER**

21 Civ. 2152 (ER)

RAMOS, D.J.

On March 11, 2021, Jose Quezada brought this action against Kidrobot, LLC ("Kidrobot") for violation of the Americans with Disabilities Act and related claims. Doc. 1. On March 18, 2021, Quezada filed his First Amended Complaint ("FAC"). Doc. 5. Kidrobot was served with the FAC on May 10, 2021 but has neither appeared nor responded to the complaint. Doc. 8. On August 24, 2021, Quezada filed for, and the Clerk of Court issued, a Clerk's certificate of default. Docs. 12–14. To date, Quezada has not moved the Court for a default judgment in accordance with the Court's individual rules.

Quezada is therefore directed to move for default or submit a status report by **December 23, 2021**. Failure to do so may result in dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated: December 10, 2021
       New York, New York

_____
Edgardo Ramos, U.S.D.J.